662

*November 8, 1940.*

HAYWARD (NINA), Plaintiff, vs. REAL RADIO SERVICE, INC., and another, Appellants: HAYWARD (RALPH) and another, Interpleaded Defendants and Respondents.

For the appellants: *Bendinger, Hayes, Kluwin & Schlosser* of Milwaukee.

For the respondents: *Lines, Spooner & Quarles,* attorneys, and *Chas. B. Quarles* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.

ROYAL NEON ELECTRIC SIGNS, INC., Appellant, vs. PLOUF and another, Respondents.

For the appellant: *Samuel Nissenbaum* of Milwaukee.

For the respondents: *Lyman G. Wheeler* of Milwaukee.

*By the Court.*—Judgment affirmed.